**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

**JHAKELYN ELENA VALENCIA-CAYCHO**                    **CASE NO. 3:26-CV-00734 SEC P**

**VERSUS**                                                                                        **JUDGE TERRY A. DOUGHTY**

**U.S. DEPT. OF HOMELAND SECURITY, ET AL**       **MAGISTRATE JUDGE LEBLANC**

**ORDER**

Before the Court are the original and amended Petitions for Writ of Habeas Corpus (docs. 7, 8) filed by pro se petitioner Jhakelyn Elena Valencia-Caycho.  Petitioner is an immigration detainee in the custody of the Department of Homeland Security / U.S. Immigration and Customs Enforcement ("DHS/ICE") detained at the Richwood Correctional Center in Monroe, Louisiana. A review of the petition and attachments suggests that his claims should survive this court's initial review. Accordingly, for the court to determine an appropriate resolution to his claims,

**THE CLERK IS DIRECTED** to serve a summons, a copy of the petitions (docs. 7, 8), and a copy of this order by certified mail on the United States through the United States Attorney for the Western District of Louisiana, the United States Attorney General, DHS/ICE through its general counsel, and by regular mail on the Warden of the Richwood Correctional Center.

**IT IS ORDERED** that Respondents file an answer to the petition within sixty (60) days following the date of service.  Respondents shall file a memorandum of law briefing the issues raised in the answer and citing applicable statutory and case law.

**IT IS FURTHER ORDERED** that Petitioner is allowed twenty (20) days following the filing of the respondent's answer in which she may file any response to produce contradictory summary judgment evidence on the issue of the lawfulness of her detention.

**IT IS FURTHER ORDERED** that Petitioner's Motion to Expedite Consideration of Petition (doc. 10) be **DENIED** as **MOOT**, as the Court has now conducted an initial review of the Petition and ordered the Respondents to file a response to same, which will be considered in due course.

Petitioner's failure to comply with this order or to notify the court of any change in her address will result in a recommendation that her petition be dismissed without prejudice under LR 41.3.

**THUS DONE AND SIGNED** in chambers this 20th day of May, 2026.

_____
THOMAS P. LEBLANC
UNITED STATES MAGISTRATE JUDGE